.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

WESTERN DIVISION OF MICHIGAN

**FILED - GR**

August 22, 2008 12:50 PM

RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ____rmw___/__ __ _

FRANK WARREN ANDERSON,

    Petitioner,

v

BLAINE LAFLER, Warden,
CARSON CITY CORRECTIONAL FACILITY,

    Respondent,

_____/

Case No.  **1:08-cv-801**

Paul L Maloney - Chief U.S. District Judge
Joseph G Scoville - U.S. Magistrate Judge

The Attorney General of the State of: Michigan

_____/


APPLICATION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2254 BY
PERSON IN STATE CUSTODY


## PETITION

1. Name and location of court which entered the judgment of conviction under attacked: Nineth Judicial Circuit, Kalamazoo County, 227 West Michigan, Kalamazoo, MI. 49007.

2. Date of judgment of conviction: May 2nd, 2005.

3. Length of Sentence:
    1. 427 months to 55 years, 337 months to 50 years
    2. 57 months to 10 years,  Two years consecutive for felony Firearm charges

4. Nature of offense involved (all counts):
    1. Counts 1, 2, 5, 8=Armed Robbery, Count's 3, 6, 9=Weapons-Felony Firearm.
    2. Possession by Felon, counts 4, 7, 10=Weapons-Felony Firearm

5. What was your plea?

    (a) Not guilty  [X]
    (b) Guilty  [ ]
    (c) Nolo contendere  [ ]

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (check one)

    (a) Jury   [X]
    (b) Judge only  [ ]

7. Did you testify at trail?

    Yes [ ]    No [X]

8. Did you appeal from the judgment of conviction?

    Yes  [X]    No  [ ]

9. If you did appeal, answer the following:

    (a) Name of court: Michigan Court Of Appeals.
    (b) Result: Application of right was Affirmed
      (c) Date of result and citation, if known: December 28, 2006 Unpublished)
    (d) Grounds raised:  [Ineffective Assistance of Counsel]

    (e) If you sought further review of the decision on appeal by a higher court, please answer the following:

        (1) Name of court: Michigan Supreme Court
        (2) Result: Application was Denied.
        (3) Date of result and citation, if Known: May 30, 2007.
        (4) Grounds raised: [Ineffective Assistance of Counsel By way of 1. Failing to sever unrelated offenses. 2. Failing to challenge unreliable and suggestive identifications. 3. Denial of state and federal constitutional rights to Assistance of Counsel at post-arrest corporcal line up]

    (f) If you filed a petiton for certiorari in the United States Supreme Court, Please answer the following with respect to each direct appeal:

        (1) Name of court:
        (2) Result:
        (3) Date of result and citation, if Known:
        (4) Grounds raised:

10. Other than a direct appeal from judgment of conviction and sentence, have you previously filed any petition, applications, or motions with respect to this judgment in any court, state or federal?

    Yes [X]    No [ ]

11. If your answer to 10 was "yes", give the following information:

Appellate Counsel filed a motion for remand in Michigan Court of Appeals, prior before I went to Michigan Supreme Court

(a) (1) Name of court: Michigan Court of Appeals
    (2) Nature of proceedings: Remand for Evidentiary Hearing
    (3) Grounds raised: To Question Trial Attorney and Expand Record for Evidence and Issues not preserved
    (4) Did you receive an evidentiary hearing on your petition, application, or motion?

            Yes [ ]   No [X]

    (b) As to any second petition, application, or motion, give the same information:

        (1) Name of court:
        (2) Nature of proceedings:
        (3) Grounds raised:
        (4) Did you receive an evidentiary hearing on your petiton, application, or motion?

            Yes [ ]   No [ ]

        (c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

            (1) First petiton, etc: Yes [ ]   No [ ]
            (2) Second petition, etc:  Yes [ ]   No [ ]

        (d) If you did not appeal from the adverse action on any petition, application, or motion explain briefly why you did not:

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your availabe state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.
For you information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.
Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through

(j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)  Conviction obtained by a violation of the protection against double jeopardy.

(h)  Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

(A) Ground One: [Denial of my state and federal constitutional rights to the assistance of counsel at post-arrest corporeal line-up]

Supporting FACTS (tell your story briefly without citing cases or law): [I was arrested for Armed Robbery, Detectives told me that I had to stand in a lineup. I then told them that I had a right to counsel, they told me that I had no right to counsel, and forced me to stand in the corporeal line-up.]

(B) Ground Two: [Ineffective Assistance of Counsel (Trial Counsel)]

Supporting FACTS (tell your story briefly without citing cases or law): [Counsel failed to sever unrelated offenses. 2. Failed to challenge unreliable and suggestive identifications. 3. Failed to request a live lineup in the Howard's party store robbery. 4. Failed to introdue evidence that would have severely damaged the prosecutions case.]

(C) Ground Three: [Defendant was entitled to resentencing]

Supporting FACTS(tell your story briefly without citing cases or law): [Improper Judicial fact-finding increased Defendant's authorized maximum sentence in violation of his right to a Trial by Jury]

(D) Ground Four:

Supporting FACTS(tell your story briefly without citing cases or law):

13. If any of the grounds listed in 12 A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petiton or appeal now pending in any court, either state or federal as to the judgment under attack?

Yes [ ]    No [X]

15. Give the name and address, if known, of each attorney who represented you in the following states of the judgment attacked herein:

1.    At preliminary hearing: Keith W. Turpel, 3018 Oakland Drive, Kalamazoo, MI. 49008.

2. At arraignment and plea: Same as above.

3. At trial: Same as above

4. At sentencing: Same as above.

5. On appeal:    Johnathan Sacks, State Appellate Defender Office, Suite 3300 Penobscot, 645 Griswold, Detroit, MI. 48226-4281

6. In any post-conviction proceeding:

7. On appeal from any adverse ruling in a post-conviction proceedings:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes [ ]    No [X]

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes [X]    No [ ]

1. If yes, give name and location of court which imposed sentence to be served in the future: 9th Judicial Circuit, Kalamazoo County, 227 West Michigan, Kalamazoo, MI. 49007

2. Give date and length of the above sentence:

(a) Date of judgment of conviction:
(b) Length of sentence:

3. Have you filed, or do you contemplating filing, any

petition attacking the judgment which imposed the sentence to be served in the future?

Yes [ ]    No [X]

Wherefore, Movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Signature of Movant

I declare under penalty of perjury that the foregoing is true and correct. Executed on

Date 7/10/08

Signature of Movant