## INDEX OF APPENDIXES

A. Michigan Court of Appeals Opinion/Decision.

B. Michigan Supreme Court-Decision for Application for Leave to Appeal.

C. Trial Counsel Keith W. Turpel's letter to Defendant.

D.(1) Copy of Defendant's Motion in Trial Court requesting new counsel.
   (2) Letter from Trial Judge to Defendant.

E. Copy of Supplemental Report-Results of Photo Line-up.

F. Copy of Supplemental Report-Phone Records (Evidence)

G. Copy of Supplemental Report-Search Warrant/Execution-Evidence Recovered.

H. Copy of Supplement Report-Corporal Line-up results (Co-Defendant Gardner-Bey).

I. Offender Profile-Criminal Record of Gardner-Bey (Co-Defendant)

J. Offender Profile-Criminal Record of Adrain Travier (Co-Defendant).

K. Supplemental Report-Arrest Report and Miranda Warnings.

L. Copy of Supplemental Report-Felony Complaint, Register of Actions, Custody order, Order for Appointment of Counsel, Notice of Appearance, and Bond Recommendations.

M. Copy of Supplemental Report-Warrant Excerpt Memorandum in Support of Motion to Suppress Identification, Live Line-up Results.