# Appendix F

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

I then finished logging the phone numbers that had called Todd's cell phone. The following are the numbers;

1. 313-384-6110.

2. 269-599-5558.

3. 269-615-1376.

4. 269-385-2826.

5. 269-373-5460.

6. 269-615-1166.

7. 269-352-7975.

8. 269-615-1004 (call received on 11-28-04 at 2214 hrs) This is the clerk's (Essie Lownsbery) cell phone that was stolen from Rich's gas station. Alicia Todd advised that she received this call from Frank Anderson.

9. 269-345-6477 (call received on 11-28-04) I checked with Ameritech and conducted a reverse look up on the number and they advised that the address for the phone number was 1100 Bridge St. to a F. Gardner. Upon further reviewing the calls with Alicia Todd, this phone call was placed prior to the phone call from the victim's phone. When I was able to determine that this phone call came from one of the Co-Defendant's in this case, I called Alicia Todd to determine what time the call came at and she advised that she had received a number of calls since she had obtained the time of the phone call in number 8 and could not retrieve that information. A search warrant has already been drafted and submitted to Cricket Communications and the time of this call can be determined when the results of the Search Warrant on the phone records is received in C.I.D. Furthermore, a Search Warrant was conducted at 1100 Bridge St. on 11-29-04 as this is the residence of the Co-Defendant (Tyrone Gardner-Bey).

10. 269-615-9067 (phone of Adrian Travier/Co-defendant) This phone call was also received on 11-28-04 prior to # 8 and # 9. The time of the phone call will be determined when the Search Warrant results of the phone records are received.

11. 269-615-9058 (phone number that Frank Anderson advised Alicia Todd to call him back at when he left a message for her on 12-1-04 at 0048 hours. This call was received prior to # 8, # 9, and # 10. The subscriber information and the other numbers called by this number will be determined when the results of the Search Warrant on the phone are received.)

12. 269-217-3218

13. 269-381-4039.

14. 269-615-0207 (I conducted a cross check on the KDPS computer and learned that this number is listed as belonging to a resident at 1516 N. Rose St.).