Appendix J

 

## BIOGRAPHICAL INFORMATION



ADRIAN TRAVIER

| | |
|---|---|
| MDOC Number: | **216875** |
| SID Number: | **1477385A** |
| Name: | **ADRIAN TRAVIER** |
| Racial Identification: | **Black** |
| Gender: | **Male** |
| Hair: | **Black** |
| Eyes: | **Brown** |
| Height: | **6' 0"** |
| Weight: | **189 lbs.** |
| Date of Birth: | **04/08/1971  (34)** |
| Image Date: | **6/18/2004** |

## MDOC STATUS

| | | | |
|---|---|---|---|
| Current Status: | Parolee - Held under custody (11/28/2004) | Supervision Begin Date: | 08/26/2004 |
| Assigned Location: | Kalamazoo/Kalamazoo | Supervision Discharge Date: | 08/26/2006 |
| Security Level: | | Date Paroled: | 08/26/2004 |

## ALIASES

AD TRAVIER

ADRIAN L TRAVIER

ADRIAN LINN TRAVIER

ADRIAN LYNN TRAVIER

## MARKS, SCARS & TATTOOS

Tattoo- Upper Left Arm - tt on lft upper arm

Tattoo- Upper Left Chest - tt on lft upper chest area

Tattoo- Upper Right Arm - tt on rt upper arm

## PRISON SENTENCES

### ACTIVE

### Sentence 1

| | | | |
|---|---|---|---|
| Offense: | Escape - Prison | Minimum Sentence: | 1 year 0 months 0 days |
| MCL#: | 750.193 | Maximum Sentence: | 5 years 0 months |
| Court File#: | 00001391FH | Date of Offense: | 09/26/2000 |

| | County: | Kalamazoo | Date of Sentence: | 12/18/2000 |
|---|---|---|---|---|
| | Conviction Type: | Plea | | |

## Sentence 2

| | Offense: | Burning Dwelling House | Minimum Sentence: | 4 years 0 months 0 days |
|---|---|---|---|---|
| | MCL#: | 750.72 | Maximum Sentence: | 20 years 0 months |
| | Court File#: | 94-0673 FH | Date of Offense: | 12/01/1993 |
| | County: | Kalamazoo | Date of Sentence: | 05/03/1995 |
| | Conviction Type: | Plea | | |

## Sentence 3

| | Offense: | Breaking & Entering a Building With Intent | Minimum Sentence: | 3 years 6 months 0 days |
|---|---|---|---|---|
| | MCL#: | 750.110 / 769.10 | Maximum Sentence: | 22 years 6 months |
| | Court File#: | A940279FH | Date of Offense: | 01/18/1994 |
| | County: | Kalamazoo | Date of Sentence: | 06/13/1994 |
| | Conviction Type: | Plea | | |

## Sentence 4

| | Offense: | Entering W/O Breaking | Minimum Sentence: | 3 years 4 months 0 days |
|---|---|---|---|---|
| | MCL#: | 750.111 | Maximum Sentence: | 5 years 0 months |
| | Court File#: | A940204FH | Date of Offense: | 01/29/1994 |
| | County: | Kalamazoo | Date of Sentence: | 06/13/1994 |
| | Conviction Type: | Nolo Contendere | | |

## INACTIVE

## Sentence 1

| | Offense: | Breaking & Entering a Building With Intent | Minimum Sentence: | 2 years 0 months 0 days |
|---|---|---|---|---|
| | MCL#: | 750.110 | Maximum Sentence: | 10 years 0 months |
| | Court File#: | 904310FHG | Date of Offense: | 12/13/1990 |
| | County: | Berrien | Date of Sentence: | 05/20/1991 |
| | Conviction Type: | Plea | Discharge Date: | 02/05/2001 |
| | | | Discharge Reason: | |

## Sentence 2

| | Offense: | Controlled Substance-Possess Narcotic/Cocaine 25-49 Grams | Minimum Sentence: | 2 years 0 months 0 days |
|---|---|---|---|---|
| | MCL#: | 333.74032A4 | Maximum Sentence: | 4 years 0 months |
| | Court File#: | 89955FHZ | Date of Offense: | 03/11/1989 |
| | County: | Berrien | Date of Sentence: | 04/22/1991 |
| | Conviction Type: | Plea | Discharge Date: | 06/01/1993 |
| | | | | Order Terminated, Contir |

| | | | Discharge Reason: | Additional Order(s) |
|---|---|---|---|---|
| | | | | |

## PROBATION SENTENCES

### ACTIVE

**None**

### INACTIVE

**None**

## SUPERVISION CONDITIONS

**01 - Contact agent no later than first business day after release**

**02 - Must not change residence**

**2.0 - Not use/possess alcohol/intoxicants or in place served**

**2.1 - Complete Sub Abuse Treatment Program as referred by agent**

**03 - Must not leave state**

**3.4 - Complete Program**

**04 - Not engage in any behavior that constitutes a violation**

**4.4 - Abide by a specified curfew as directed**

**4.5 - No contact/or within 500' home/school/employment of (name)**

**4.16 - Obey all court orders**

**05 - Comply with alcohol and drug testing ordered by field agent**

**06 - Not associate with anyone you know to have a felony record**

**07 - Must not own, possess or use any object as a weapon**

**7.1 - Pay cost of treatment**

**08 - Make earnest efforts to find and maintain employment**

## MICHIGAN DEPARTMENT OF CORRECTIONS