## AMENDED

**PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

**FILED - GR**

September 29, 2008 1:35 PM

RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ___ald___/_____

MALONEY/SCOVILLE

| United States District Court | Western District of Michigan |
|---|---|
| Name (under which you were convicted):<br>Frank W. Anderson | Case Number: 1:08-cv-801 |
| Place of Confinement: | Prisoner No.: 453217 |
| Name of Petitioner (include name under which convicted)<br>Frank warren Anderson | Name of Respondent (authorized person having custody)<br>v. BLaine C. LAFLer, warden<br>Carson city Correctional Facility |
| The Attorney General of the State of: Michigan | |

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: Kalamazoo County 9th Judicial circuit court/227 west michigan Kalamazoo, mi 49007

    (b) Criminal docket or case number: 04-002273 FC

2.  Date of judgment of conviction: May 2nd, 2005

3.  Identify all counts and crimes for which you were convicted and sentenced in this case: (10 counts) = Counts 1,2,5,And 8 = RoBBery/Armed. counts 3,6,And 9 = weapons/Firearms/possession By felon. counts 4,7,And 10 = weapons/felony Fire Arm

4.  Length of sentence for each count or crime for which you were convicted in this case: count 1 = 427 months to 55 years. counts 2,5,8 = 337 months to 50 years. counts = 3,6,9 = 57 months To 10 years. counts 4,7,10 = 2 years flat

5.  (a) What was your plea?
    Not guilty ☑
    Guilty ☐
    Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details:

_____

_____

_____

_____

6. If you went to trial, what kind of trial did you have? (Check one)
(a) Jury ☑
(b) Judge only ☐

7. Did you testify at the trial? Yes ☐ No ☑

8. Did you file a direct appeal to the Michigan Court of Appeals from the judgment of conviction? Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Date you filed: NoVemBer 8 th 2005

(b) Docket or case number: NO. 263035

(c) Result: Application of right was Denied

(d) Date of result: Dec. 28, 2006

(e) Grounds raised: Ineffective Assistance of counsel, Denial OF My State And Federal Constitutional rights To The Assistance of counsel AT Post-Arrest corporeal line-up, resentencing due To improper Judicial Fact-Finding

**Please submit, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(g) Did you seek further review of the decision on appeal by the Michigan Supreme Court? Yes ☑ No ☐

If yes, answer the following:

(1) Date you filed: Dec. 28, 2006

(2) Docket or case number: _____

(3) Result: Application was Denied

(4) Date of result: May 30, 2007

(5) Grounds raised: 1. Ineffective Assistance of Counsel. 2. Denial of State And Federal constitutional rights To The Assistance of Counsel At post-Arrest corporeal line-up. 3. Resentencing Due To improper Judicial fact-Findings

**Please submit, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(h)  Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☑

If yes, answer the following:

(1)  Date you filed: _____

(2)  Docket or case number: _____

(3)  Result: _____

(4)  Date of result: _____

(5)  Grounds raised: _____

_____

_____

_____

10.  Did you file a motion for relief from judgment pursuant to Subchapter 6.500 of the Michigan Court Rules with respect to the judgment of conviction and sentence?  Yes ☐  No ☑

11.  If your answer to 10 was "yes," give the following information:

(a)  (1)  Date you filed: _____

(2)  Name of court: _____

(3)  Docket or case number: _____

(4)  Grounds raised: _____

_____

_____

_____

(5)  Did you receive a hearing where evidence was given on your motion?  Yes ☐  No ☑

(6)  Result: _____

(6)  Date of result: _____

**Please submit, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(b)  If you sought further review of the decision in the Michigan Court of Appeals, please answer the following:

   (1)  Date you filed: _____

   (2)  Docket or case number: _____

   (3)  Result: _____

   (4)  Date of result: _____

   (5)  Grounds raised: _____

   _____

   _____

   _____

**Please submit, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(c)  If you sought further review of the decision in the Michigan Supreme Court, please answer the following:

   (1)  Date you filed: _____

   (2)  Docket or case number: _____

   (3)  Result: _____

   (4)  Date of result: _____

   (5)  Grounds raised: _____

   _____

   _____

   _____

**Please submit, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

12.  Other than a direct appeal or a motion for relief from judgment, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?  Yes ☐  No ☑

13.  If your answer to 12 was "yes," give the following information: **[Attach additional sheets of paper, if necessary, to answer the following for each petition, application, or motion you filed.]**

   (a)  (1)  Date you filed: _____

      (2)  Name of court: _____

      (2)  Docket or case number: _____

      (3)  Nature of the proceeding: _____

(4) Grounds raised: _____

_____

_____

_____

(5) Did you receive a hearing where evidence was given on your motion?  Yes ☐  No ☐

(6) Result: _____

(7) Date of result: _____

**Please submit, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(b) Did you appeal to the highest court having jurisdiction the result of action taken on any petition, application or motion?  Yes ☐  No ☑

   If yes, please provide the following:

   (1) Date you filed: _____

   (2) Name of court: _____

   (3) Result: _____

   (4) Date of result and case number: _____

   (5) Grounds raised: _____

_____

_____

_____

**Please submit, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(c) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

14. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

   CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Mr. Anderson was Denied His Sixth Amendment right To The Assistance of Counsel

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): When counsel rendered ineffective By 1. Failing To Sever Unrelated Offenses 2. Failing To Challenge Unrelated And Suggestive Identification. 3. Failing To request A Live Line-up in The Howards party Store robBery. 4. Failing To introduce evidence That would have Severely Damaged The Prosecutors Case. 5. Failing To OBject To improper comments And predjudicial Instructions To Jury made By Trial Judge

(b) Direct Appeal of Ground One:

(1)  If you appealed from the judgment of conviction, did you raise this issue? Yes ☑  No ☐

(2)  If you did not raise this issue in your direct appeal, explain why: _____

(c) **Post-Conviction Proceedings**:

(1)  Did you raise this issue in a motion for relief from judgment pursuant to Subchapter 6.500 of the Michigan Court Rules?  Yes ☐  No ☑

(2)  If your answer to Question (d)(1) is "Yes," state:

Date motion was filed: _____

Name and location of the court where the motion was filed: _____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available): _____

Date of result: _____

(3)  Did you receive a hearing on your motion?  Yes ☐  No ☐

(4)  Did you appeal from the denial of your motion?  Yes ☐  No ☐

(5)  If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  Yes ☐  No ☐

- 6 -

If yes, answer the following:

Date you filed: _____

Name and location of court: _____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available) : _____

_____

Date of result: _____

(d) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

I First Appeled To The court of Appeal, Then To The Supreme Court (Both in Michigun) Now To This Federal court.

(e) If you did not exhaust your state remedies on Ground One, explain why: I have followed every procedure That I could, on my own without having money To hire An Attorney, or without proper knolege of The law.

GROUND TWO: Mr. Anderson was Denied his State And Federal constitutional rights To The Assistance of counsel AT Post-Arrest corporal line-up

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim): Mr. Anderson was Arrested for Armed Robbery (Dec, 2, 2004) The next Day mr.Anderson was Being Placed in A live corporal line-up. Before The line-up, mr.Anderson Asked detectives for his Attorney To ASSiST in The line-up, But police Told mr.Anderson That he did not have A right To An Attorney. Then forced mr. Anderson To Stand Alone in The line-up without counsel

(b) **Direct Appeal of Ground Two**:

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes ☑ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings**:

(1) Did you raise this issue in a motion for relief from judgment pursuant to Subchapter 6.500 of the Michigan Court Rules?  Yes ☐  No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Date motion was filed: _____

Name and location of the court where the motion was filed: _____

_____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available): _____

_____

Date of result: _____

(3) Did you receive a hearing on your motion?  Yes ☐  No ☐

(4) Did you appeal from the denial of your motion?  Yes ☐  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  Yes ☐  No ☐

If yes, answer the following:

Date you filed: _____

Name and location of court: _____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available) : _____

_____

Date of result: _____

(d) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

(Some Action Taken As ground one) = See ground one

_____

(e) If you did not exhaust your state remedies on Ground Two, explain why: _____

(Same Answer AS ground one) "See ground one

_____

_____

**GROUND THREE**: Mr. Andersons Denial of his Fourth Amendment rights TO DUE process And his Sixth Amendment rights TO An-impartial Jury. By Trial Judges prejudicial Instructions.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim):

The Trial Judge in my case made A very prejudicial comment To The Jury, when Asked ABout how long The case would Take. Juror Said he did not know if This case would STreTch into 4 or 5 days. The Trial Judge responded By Saying "not likely, I Think not likely" ✳See Memorandum of law ✳

(b) **Direct Appeal of Ground Three**:

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: This was A very STrong issue That my Attorney for Appeal did not raise, even Thou he said he would. ✳please see memorandum of law ✳

(c) **Post-Conviction Proceedings**:

(1) Did you raise this issue in a motion for relief from judgment pursuant to Subchapter 6.500 of the Michigan Court Rules? Yes ☐ No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Date motion was filed: _____

Name and location of the court where the motion was filed: _____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available): _____

Date of result: _____

(3) Did you receive a hearing on your motion? Yes ☐ No ☐

(4) Did you appeal from the denial of your motion? Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes ☐ No ☐

- 9 -

If yes, answer the following:

Date you filed: _____

Name and location of court: _____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available) : _____

_____

Date of result: _____

(d) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

(e) If you did not exhaust your state remedies on Ground Three, explain why: ✗ See memorandum of law ✗

GROUND FOUR: Petitioner mr. Anderson was Denied his state And federal fourteenth Amendment rights TO A fair Trial Due To structural errors of Trial Proceedings

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim): Due To 1. Ineffective Assistance of counsel. 2. unreliable Identifications 3. Denial of counsel AT line-up 4. Improper comments of The Trial Judge. All Together denied mr. Anderson his fourteenth Amendment rights TO A fair Trial And due process. ✗ See memorandum of law ✗

(b) **Direct Appeal of Ground Four**:

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Petitioner mr. Andersons Attorney chose noT To raise This issue, So mr. Anderson chooses To raise This issue pursuanTTo FRE.101[d] Plain error ✗See memorandum of law ✗

(c)  **Post-Conviction Proceedings**:

(1)  Did you raise this issue in a motion for relief from judgment pursuant to Subchapter 6.500 of the Michigan Court Rules?  Yes ☐  No ☑

(2)  If your answer to Question (d)(1) is "Yes," state:

Date motion was filed: _____

Name and location of the court where the motion was filed: _____

_____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available): _____

_____

Date of result: _____

(3)  Did you receive a hearing on your motion?  Yes ☐  No ☐

(4)  Did you appeal from the denial of your motion?  Yes ☐  No ☐

(5)  If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  Yes ☐  No ☐

If yes, answer the following:

Date you filed: _____

Name and location of court: _____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available) : _____

_____

Date of result: _____

(d)  **Other Remedies**:  Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

＊ See memorandum of law ＊

_____

(e) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

- 11 -

15. Have you previously filed any type of petition, application or motion in a federal court regarding the conviction that you challenge in this petition?  Yes ☐  No ☑

If "Yes,"state the date of filing, the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available:

_____

_____

_____

_____

_____

16. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, as to the judgment you are challenging?  Yes ☐  No ☑

If "Yes," state the date of filing, the name and location of the court, the docket or case number, the type of proceeding, and the issues raised:

_____

_____

_____

_____

_____

17. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a)  At preliminary hearing: Keith W. Turpel, 3018 Oakland Drive, Kalamazoo, mi 49008

(b)  At arraignment and plea: Same As Above (A)

(c)  At trial: Same As Above (A)

(d)  At sentencing: Same As Above (A)

(e)  On appeal: Johnathan Sacks, State Appellate Defender Office, Suite 3300 penoBscoT, 645 Griswold, Detroit mi 48226-4281

- 12 -

(f)  In any post-conviction proceeding: _____

_____

(g)  On appeal from any adverse ruling in a post-conviction proceeding: _____

_____

18.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment you are challenging? Yes ☒  No ☐

(a)  If so, give the name and location of court which imposed the sentence to be served in the future: 9Th Judicial Circuit, Kalamazoo County, 227 West michigan, Kalamazoo, mI — 49007

(b)  Give the date the other sentence was imposed: _____

(c)  Give the length of the above sentence: 6 years To 50 years

(d)  Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐  No ☒

19.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

In michigan, if A timely certiorari petition To The united States Supreme court is not Filed, The conclusion of direct review occurs = The one-year period Begins To run 90 days from The date That The michigan Supreme court denies leave To Appeal or denies relief on The merits. The extra 90 days Arises from The language in Subsection (d)(1)(A) providing That The Time for filing The habeas petition Begins To run AT The "expiration of The Time for Seeking [direct] review." Therefor A defendant who does not seek United States Supreme court review, has one year And 90 days To file The petition from The date The michigan Supreme court finally disposes of his or her case. See Bronaugh V Ohio, 235 F.3d 280, 283 (6Th Cir. 2000). my petition To The michigan Supreme court was denied on may 28Th 2007.

*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of -
   (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
   (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
   (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant him or her the relief to which he may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed

in the prison mailing system on ___9-25-08_____(month, date, year).

___Frank Anderson_____          ___9-25-08_____
Signature of Petitioner                                           Date


_____
Signature of Attorney (if any)


If the person signing is not petitioner or an attorney, state relationship to petitioner and explain why petitioner is not signing this

petition. _____

_____

_____

_____