UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FRANK WARREN ANDERSON, #453217,<br>　　　　Petitioner,<br><br>-v-<br><br>KENNETH ROMANOWSKI,<br>　　　　Respondent. | No. 1:08-cv-801<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having denied Anderson's petition for writ of habeas corpus brought under 28 U.S.C. § 2254, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   December 18, 2012                            /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge