UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FRANK WARREN ANDERSON, #453217, )<br>       Petitioner, )<br>)<br>-v- )<br>)<br>KENNETH ROMANOWSKI, )<br>       Respondent. )<br>_____) | No. 1:08-cv-801<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having denied Anderson's petition for writ of habeas corpus brought under 28 U.S.C. § 2254, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  December 18, 2012               /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       Chief United States District Judge